**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PALISADES TC, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-01065-P** |
| | § | |
| **FIVE STAR MM, LLC et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Defendants Five Star MM, LLC and Timothy Barton removed this case—originally filed in the 193rd Judicial District Court of Dallas County, Texas—to the United States District Court for the Northern District of Texas. ECF No. 1. In the Northern District of Texas, "any or all cases . . . arising in or related to a case under Title 11" "are referred to the Bankruptcy Judges of this district for consideration and resolution consistent with law." MISC. ORDER NO. 33.

It is therefore **ORDERED** that the above-captioned case is hereby **REFERRED** and **TRANSFERRED** to the docket of United States Bankruptcy Judge Edward L. Morris in the United States Bankruptcy Court for the Northern District of Texas in connection with bankruptcy case *In re Dallas Real Estate Investors, LLC*, 21-41488-elm11.

**SO ORDERED** on this **30th day** of **September, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE