CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CIVIL DOCKET FOR CASE #: 4:21-cv-01065-P

Palisades TC, LLC Individually and on behalf of Five Star GM, LLC et al v. Five Star MM, LLC et al
Assigned to: Judge Mark Pittman
Cause: 28:1441 Petition for Removal

Date Filed: 09/20/2021
Date Terminated: 09/30/2021
Jury Demand: None
Nature of Suit: 190 Contract: Other Contract
Jurisdiction: Federal Question

**Plaintiff**

**Palisades TC, LLC**
*Individually and on behalf of Five Star GM, LLC*

represented by **Joel W Reese**
Reese Marketos LLP
750 N Saint Paul St
Suite 600
Dallas, TX 75201-3201
214-382-9801
Fax: 214-501-0731
Email: joel.reese@rm-firm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Leslie R Chaggaris**
Reese Marketos LLP
750 N. Saint Paul Street
Suite 600
Dallas, TX 75201-3201
214.382.9804
Fax: 214.501.0731
Email: leslie.chaggaris@rm-firm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Five Star MM, LLC**

represented by **Steven Craig Metzger**
Metzger Law PLLC
3626 N Hall St
Suite 800
Dallas, TX 75219
214-740-5030
Fax: 214-523-3838
Email: smetzger@pmklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

| | | |
|---|---|---|
| **Timothy Barton**<br>*Individually* | represented by | **Robert F Kemp**<br>Law Office of Robert F Kemp<br>4145 Travis Street<br>Suite 201<br>Dallas, TX 75204-7541<br>214/526-9601<br>Fax: 214/526-2156<br>Email: lawyerkemp@cs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Counter Plaintiff**

| | | |
|---|---|---|
| **Five Star MM, LLC** | represented by | **Steven Craig Metzger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Counter Plaintiff**

**Five Star GM, LLC**

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Palisades TC, LLC** | represented by | **Joel W Reese**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Leslie R Chaggaris**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Notice Only**

**Edward L Morris**

**Notice Only**

| | | |
|---|---|---|
| **Case Admin Sup** | represented by | **Case Admin Sup**<br>Email: txnb_appeals@txnb.uscourts.gov<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2021 | 1 | NOTICE OF REMOVAL filed by Five Star MM, LLC. (Filing fee $402; receipt number 0539-12231654) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must |

| | | |
|---|---|---|
| | | seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Cover Sheet, # 2 Cover Sheet Supplement) (Metzger, Steven) (Entered: 09/20/2021) |
| 09/20/2021 | | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Five Star MM, LLC. (See doc 1 ). (sre) (Entered: 09/21/2021) |
| 09/21/2021 | 2 | New Case Notes: A filing fee has been paid. File to: Judge Pittman. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (sre) (Entered: 09/21/2021) |
| 09/30/2021 | 3 | ORDER: It is therefore ORDERED that the above-captioned case is hereby REFERRED and TRANSFERRED to the docket of United States Bankruptcy Judge Edward L. Morris in the United States Bankruptcy Court for the Northern District of Texas in connection with bankruptcy case In re Dallas Real Estate Investors, LLC, 21-41488-elm11. (Ordered by Judge Mark Pittman on 9/30/2021) (sre) (Entered: 09/30/2021) |

---

## PACER Service Center

### Transaction Receipt

| 10/05/2021 11:57:02 | | | |
|---|---|---|---|
| **PACER Login:** | libraryus4502:2653874:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:21-cv-01065-P |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**