ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| Dallas Real Estate Investors, LLC | | § | |
| | | § | Case No.: 21−41488−elm11 |
| | Debtor(s) | § | Chapter No.: 11 |
| Palisades TC, LLC | | § | |
| | Plaintiff(s) | § | Adversary No.: 21−04061−elm |
| vs. | | § | |
| Five Star MM, LLC et al. | | § | |
| | Defendant(s) | § | |

# NOTICE SETTING STATUS CONFERENCE

A status conference via WebEx has been set in the U.S. Bankruptcy Court for **November 1, 2021** at **01:30 PM** before the Honorable Edward L. Morris at https://uscourts.webex.com/meet/morris to consider

Notice of Removal from United Status District Court − Civil Action No. 4:21−cv−01065−P

For WebEx Telephonic Only Participation/Attendance:
DialIn: 1.650.479.3207

Meeting ID: 473 581 124

DATED: October 5, 2021

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Karyn Rueter, Deputy Clerk