IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| DALLAS REAL ESTATE INVESTORS, LLC, | § | Case No. 21-41488-elm<br>Chapter 11 |
| Debtor. | § | |
| PALISADES TC, LLC, | § | |
| PLAINTIFF, | § | |
| v. | § | Adversary No. 21-04061-elm |
| FIVE STAR MM, LLC, et al. | § | |
| DEFENDANT. | § | |

**NOTICE OF WITHDRAWAL FOR COUNSEL FOR PALISADES TC, LLC**

TO PARTIES-IN-INTEREST:

Joel W. Reese of Reese Marketos LLP, counsel of record for Palisades TC, LLC, files his *Notice of Withdrawal of Counsel.* Reese Marketos LLP hereby withdraws as counsel for Palisades TC, LLC in the above-referenced adversary case. All pleadings in this adversary case should be directed to the following:

Jeffrey M. Tillotson
Jonathan R. Patton
1807 Ross Avenue, Suite 325
Tillotson Johnson & Patton
Dallas, Texas 75201
214-382-3041 Telephone
214-292-6564 Facsimile
jtillotson@tillotsonlaw.com
jpatton@tillotsonlaw.com

August 1, 2022

Respectfully submitted,
**REESE MARKETOS LLP**

*/s/ Joel W. Reese*

Joel W. Reese
State Bar No. 00788258
joel.reese@rm-firm.com
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

## CERTIFICATE OF SERVICE

This is to certify that, on August 1, 2022, a true and correct copy of the above and this document has been served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Joel W. Reese*
Joel W. Reese