Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR PLAINTIFF
PALISADES TC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC,**<br><br>**Debtor** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 21-41488** |
| **PALISADES TC LLC,** ***Individually and on Behalf of Five Star GM, LLC***<br>**Plaintiff**<br><br>**v.**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC, FIVE STAR MM, LLC, et al.**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 21-04061-elm**<br><br>**(Consolidated with Adversary Cause No. 21-04073-elm)** |

## CASE STATUS UPDATE

Pursuant to the Court Clerk's request (ECF No. 22), Plaintiff Palisades TC LLC ("Palisades") provides the following case status update:

This case remains stayed pursuant to a Receivership Order in the case *Securities and Exchange Commission v. Timothy Barton, et al.*, 22-CV-28118-X, in the U.S. District Court for

the Northern District of Texas. The Receiver filed a Notice of Stay in the main bankruptcy case, Case No. 21-41488. *See* No. 21-41488-elm11, ECF No. 127. The Receivership Order stays the bankruptcy proceedings and the now-consolidated adversary proceedings in this Court. The Receivership remains active and ongoing, so the stay is still in place.

Palisades asks the Court to leave the case open because Palisades has pending claims, both asserted in the bankruptcy and in the consolidated adversary proceeding that it wants to continue to have the right to pursue depending on the outcome of the Receivership. It is possible, however, that in the future Palisades' claims could be resolved through the Receivership proceedings, but they have not been yet. For instance, the Receiver is in the process of selling one of the two properties at issue in this case, in Frisco. If that sale closes, it may resolve some or all of Palisades and other creditors claims related to that property in this bankruptcy proceeding. Or it could leave some open—for instance, Palisades may want to continue to pursue claims against Timothy Barton after the stay is lifted. So, either way, Palisades requests that the Court leave open this case, at least for now. Further, there is another property at issue in this proceeding on Turtle Creek Boulevard that gives rise to additional claims Palisades may want to continue to pursue after the stay is lifted.

Thus, in sum, Palisades does not believe the Court should close this case at this point. Palisades is happy to appear at a status conference to discuss this matter further or provide updates in the future if its position changes.

DATED: January 19, 2023

Respectfully submitted,

*/s/ Jonathan R. Patton*
Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR PLAINTIFF PALISADES TC LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above and foregoing document has been served electronically upon all parties or their counsel of record pursuant to the Court's ECF filing system on January 19, 2023.

*/s/ Jonathan R. Patton*
Jonathan R. Patton