Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR PLAINTIFF
PALISADES TC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **DALLAS REAL ESTATE INVESTORS, LLC,** | § | **Case No. 21-41488** |
| **Debtor** | § | |
| **PALISADES TC LLC,** ***Individually and on Behalf of Five Star GM, LLC*** **Plaintiff** | § | |
| **v.** | § | **Adversary No. 21-04061-elm** |
| **DALLAS REAL ESTATE INVESTORS, LLC, FIVE STAR MM, LLC, et al.** **Defendants** | § | **(Consolidated with Adversary Cause No. 21-04073-elm)** |

## CASE STATUS UPDATE

Pursuant to the Court Clerk's request (ECF No. 22), Plaintiff Palisades TC LLC ("Palisades") provides the following case status update:

In short, there is not a substantial update since the last status update Palisades provided, and Palisades continues to oppose closing this case because depending on what happens with the

receivership that led to the stay of this case, Palisades may need to resume litigation in this Court and/or seek relief from this Court regarding an asset that is the subject of the bankruptcy.

At this point, this case remains stayed pursuant to a Receivership Order in the case *Securities and Exchange Commission v. Timothy Barton, et al.*, 22-CV-28118-X, in the U.S. District Court for the Northern District of Texas. The Receiver filed a Notice of Stay in the main bankruptcy case, Case No. 21-41488. *See* No. 21-41488-elm11, ECF No. 127. The Receivership Order stays the bankruptcy proceedings and the now-consolidated adversary proceedings in this Court. The receivership remains active and ongoing, so the stay is still in place.

The one update is that the Fifth Circuit did require the SEC to re-apply for its receivership, which the SEC did on September 7, 2023. Mr. Barton filed a response on October 4th, and the Court set a hearing for October 11th to consider whether to leave the receivership in place.

Palisades asks the Court to leave the case open because Palisades has pending claims, both asserted in the bankruptcy and in the consolidated adversary proceeding that it wants to continue to have the right to pursue depending on the outcome of the receivership. It is possible, however, that in the future Palisades' claims could be resolved through the receivership proceedings, but they have not been yet. It is also possible that the Court could remove the entities in which Palisades has an interest from the receivership, which would require Palisades to take quick action in this Court to protect its interest, and then continue to pursue the litigation here. In that case, presumably the stay would be lifted and Palisades' litigation in this Court would resume.

It is important to note that the Receiver is still in the process of selling one of the two properties at issue in this case, in Frisco. If that sale closes, it may resolve some or all of Palisades and other creditors claims related to that property in this bankruptcy proceeding. Or it could leave some open—for instance, Palisades may want to continue to pursue claims against Timothy Barton

after the stay is lifted. So, either way, Palisades requests that the Court leave open this case, at least for now. Further, there is another property at issue in this proceeding on Turtle Creek Boulevard that gives rise to additional claims Palisades may want to continue to pursue after the stay is lifted.

Thus, in sum, Palisades does not believe the Court should close this case at this point. Palisades is happy to appear at a status conference to answer any questions and discuss this matter further or provide updates in the future if its position changes.

DATED: October 10, 2023

Respectfully submitted,

*/s/ Jonathan R. Patton*

Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR PLAINTIFF
PALISADES TC LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above and foregoing document has been served electronically upon all parties or their counsel of record pursuant to the Court's ECF filing system on October 10, 2023.

*/s/ Jonathan R. Patton*
Jonathan R. Patton