Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, TX 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR PLAINTIFF
PALISADES TC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC,**<br><br>**Debtor** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 21-41488** |
| **PALISADES TC LLC,** ***Individually and on Behalf of Five Star GM, LLC***<br>**Plaintiff**<br><br>**v.**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC, FIVE STAR MM, LLC, et al.**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 21-04061-elm**<br><br>**(Consolidated with Adversary Cause No. 21-04073-elm)** |

**<u>CASE STATUS UPDATE</u>**

Pursuant to the Court Clerk's request (ECF No. 26), Plaintiff Palisades TC LLC ("Palisades") provides the following case status update:

This case remains stayed pursuant to a Receivership Order in the case *Securities and Exchange Commission v. Timothy Barton, et al.*, 22-CV-28118-X, in the U.S. District Court for

the Northern District of Texas. Timothy Barton is a defendant in this case. The Receiver filed a Notice of Stay in the main bankruptcy case, Case No. 21-41488. *See* No. 21-41488-elm11, ECF No. 127. The Receivership Order stays the bankruptcy proceedings and the now-consolidated adversary proceedings in this Court. The Receivership remains active and ongoing, so the stay is still in place.

Palisades asks the Court to leave this adversary action open because Palisades anticipates litigating its claims after the stay is lifted. Although Palisades is participating in the Receivership claims process it is doubtful that Palisades will be made whole and will thus still pursue the claims asserted in this adversary action when the Receivership is concluded and the stay is lifted. Those claims will either be pursued in this Court through this adversary proceeding or Palisades will have the case transferred/remanded depending on the outcome of the Receivership and the underlying bankruptcy.

Thus, in sum, Palisades does not believe the Court should close this case at this point. Palisades is happy to appear at a status conference to discuss this matter further or provide updates in the future if its position changes.

DATED: March 6, 2024

Respectfully submitted,

*/s/ Jonathan R. Patton*

Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, TX 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR PLAINTIFF PALISADES TC LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above and foregoing document has been served electronically upon all parties or their counsel of record pursuant to the Court's ECF filing system on March 6, 2024.

*/s/ Jonathan R. Patton*
Jonathan R. Patton

AGREED AS TO FORM:

______________________________
Steven Metzger

______________________________
Robert Kemp

**ATTORNEYS FOR DEFENDANTS**