Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, TX 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

ATTORNEYS FOR PLAINTIFF
PALISADES TC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC,**<br><br>**Debtor** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 21-41488** |
| **PALISADES TC LLC,** ***Individually and on Behalf of Five Star GM, LLC***<br>**Plaintiff**<br><br>**v.**<br><br>**DALLAS REAL ESTATE INVESTORS, LLC, FIVE STAR MM, LLC, et al.**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 21-04061-elm**<br><br>**(Consolidated with Adversary Cause No. 21-04073-elm)** |

## CASE STATUS UPDATE

Pursuant to the Court Clerk's request (ECF No. 28), Plaintiff Palisades TC LLC ("Palisades") provides the following case status update:

***Background.*** This case remains stayed pursuant to a Receivership Order in the case *Securities and Exchange Commission v. Timothy Barton, et al.*, 22-CV-28118-X, in the U.S.

District Court for the Northern District of Texas. The Receiver filed a Notice of Stay in the main bankruptcy case, Case No. 21-41488. *See* No. 21-41488-elm11, ECF No. 127. The Receivership Order stays the bankruptcy proceedings and the now-consolidated adversary proceedings in this Court. The Receivership remains active and ongoing, so the stay is still in place.

***Palisades' Request to Keep Case Open.*** Palisades continues to ask the Court to leave the case open because Palisades has pending claims, both asserted in the bankruptcy and in the consolidated adversary proceeding that it wants to continue to have the right to pursue depending on the outcome of the Receivership. It is possible, however, that in the future Palisades' claims could be resolved through the Receivership proceedings, but they have not been yet. For instance, the Receiver is in the process of selling one of the two properties at issue in this case, in Frisco. If that sale closes, it will likely partially (but not completely) resolve Palisades and other creditors claims related to that property in this bankruptcy proceeding.

Furthermore, it appears unlikely that Palisades will be made whole through the receivership, so Palisades intends to pursue its claims against Timothy Barton and related entities after the Receivership concludes and the stay is lifted. At that point, there will need to be some procedural "tidying" that will start with these adversarial cases. So, either way, Palisades requests that the Court leave open this case, at least for now. Further, there is another property at issue in this proceeding on Turtle Creek Boulevard that gives rise to additional claims Palisades may want to continue to pursue after the stay is lifted.

***A quick update on the overall progress of the Receivership* –** Mr. Barton appealed the Receivership Order to the Fifth Circuit for a second time, which has created further delay in the process. That appeal is set for oral argument next week, on February 3rd. After the appeal is

decided, the Receivership will either resume and continue, or if it is overturned, then there will need to be quick action in this case.

Thus, in sum, Palisades does not believe the Court should close this case at this point. Palisades is happy to appear at a status conference to discuss this matter further or provide updates in the future if its position changes.

DATED: January 28, 2025

Respectfully submitted,

*/s/ Jonathan R. Patton*

Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, TX 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR PLAINTIFF PALISADES TC LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above and foregoing document has been served electronically upon all parties or their counsel of record pursuant to the Court's ECF filing system on January 28, 2025.

*/s/ Jonathan R. Patton*
Jonathan R. Patton